Gary KREMEN, Plaintiff—Appellee,

and

Online Classifieds, Inc., Plaintiff,

v.

Stephen Michael COHEN, an individual; Ocean Fund International, Ltd., a foreign company; Sand Man Interna- cional Ltd., a foreign company; Ynata Ltd., Defendants—Appellants,

and

Sporting Houses Management Corpora- tion, a Nevada company; Sporting Houses of America, a Nevada compa- ny; Sporting Houses General Inc., a Nevada company; Network Solutions, a Delaware company; William Doug- las, Sir, an individual; VP Bank (BVI) Limited, a foreign company; Andrew Keuls, an individual; Monta- no Properties LLC, a California Lim- ited Liability Company, Defendants.

Gary Kremen, an individual, Plaintiff—Appellant,

and

Online Classifieds, Inc., a Delaware Company, Plaintiff,

v.

Stephen Michael Cohen, an individual; Ocean Fund International, Ltd., a for- eign company; Sand Man Interna- cional Ltd., a foreign company; Sport- ing Houses Management Corporation, a Nevada company; Sporting Houses of America, a Nevada company; Sporting Houses General Inc., a Neva- da company; William Douglas, Sir, an individual; VP Bank (BVI) Limited, a

foreign company; Andrew Keuls, an individual; Montano Properties LLC, a California Limited Liability Compa- ny; Ynata Ltd., Defendants,

and

Network Solutions, a Delaware company, Defendant— Appellee.

Gary Kremen, an individual, Plaintiff—Appellee,

and

Online Classifieds, Inc., a Delaware Company, Plaintiff,

v.

Stephen Michael Cohen, an individual; Ocean Fund International, Ltd., a for- eign company; Sand Man Interna- cional Ltd., a foreign company; Sport- ing Houses Management Corporation, a Nevada company; Sporting Houses of America, a Nevada company; Sporting Houses General Inc., a Neva- da company; William Douglas, Sir, an individual; VP Bank (BVI) Limited, a foreign company; Andrew Keuls, an individual; Ynata Ltd., Defendants,

and

Montano Properties LLC, a California Limited Liability Company, Defendant—Appellant.

No. 01–15886, 01–15899, 01–17034. D.C. No. CV–98–20718–JW.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Aug. 13, 2002.

Decided Aug. 30, 2002.

Before KOZINSKI and McKEOWN, Circuit Judges, and FITZGERALD,* District Judge.

### MEMORANDUM **

In light of Cohen's status as a fugitive from justice and his egregious abuse of the litigation process, we exercise our discretion to dismiss his appeal pursuant to the fugitive disentitlement doctrine. *See Parretti v. United States*, 143 F.3d 508, 510–11 (9th Cir.1998) (en banc). The appeal in No. 01–15886 is therefore DISMISSED as to all appellants.

We reach the merits of Montano's appeal in No. 01–17034. The district court did not abuse its discretion in advancing Montano's trial date. *See Muckleshoot Tribe v. Lummi Indian Tribe*, 141 F.3d 1355, 1358 (9th Cir.1998). The due process claim is meritless for similar reasons. AFFIRMED.

The appeal in No. 01–15899 remains under submission.

* The Honorable James M. Fitzgerald, Senior United States District Judge for the District of Alaska, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.